UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 554  **CR421-0031** |
| | ) Smuggling |
| NIHAD AL JABERI | ) |
| | ) 18 U.S.C. § 922(e) |
| | ) Failure to Notify a Common Carrier |
| | ) |
| | ) 13 U.S.C. § 305 |
| | ) Submitting False or Misleading |
| | ) Export Information |

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
4:15 P M
2-3, 20 21
Deputy Clerk

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:    Smuggling
            18 U.S.C. § 554

- Not more than ten (10) years of imprisonment,
- Not more than a $250,000 fine,
- Not more than three (3) years of supervised release,
- $100 special assessment

Count 2:    Failure to Notify a Common Carrier
            18 U.S.C. § 922(e)

- Not more than five (5) years of imprisonment,
- Not more than a $250,000 fine,
- Not more than three (3) years of supervised release,
- $100 special assessment

**Count 3:**     **Submitting False or Misleading Export Information**
13 U.S.C. § 305

- Not more than five (5) years of imprisonment,
- Not more than a $10,000 fine,
- Not more than three (3) years of supervised release,
- $100 special assessment

Respectfully submitted,

**BOBBY L. CHRISTINE
UNITED STATES ATTORNEY**

*/s/ Jennifer Solari*
Jennifer S. Solari
Assistant United States Attorney
DC Bar No.: 987167