UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:21cr31 | **DATE:** 03/15/2021 |
| **UNITED STATES OF AMERICA** | **TIME:** 1:13 - 1:41 p.m |
| v. | **LOCATION:** Savannah |
| **NIHAD AL JABERI** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR-SAV | **Interpreter/Law Clerk:** Said Nedlouf |
| **Probation Officer:** Brad Chapman | **Security:** CSO Terry/USMS Joel |
| **Attorney(s) for Government:** Jennifer Solari | |
| **Attorney(s) for Defendant:** Chester Gregg | |

**PROCEEDINGS:**     **INITIAL APPEARANCE/ARRAIGNMENT**

- [✓] Defendant advised of rights and the government's disclosure obligations
- [✓] Defendant advised of charges and penalties
- [✓] Defendant qualifies for court appointed counsel
- [✓] Not guilty plea entered
- [✓] Defendant's pretrial motions due within __30__ days; Government response due 14 days thereafter.
- [✓] Government moves for detention:
  - [ ] Defendant requests 5 days to prepare for detention hearing
  - [ ] Government requests 3 days to prepare for detention hearing
  - [ ] Defendant waives detention hearing at this time
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held.
- [ ] Defendant released on an Appearance Bond
- [ ] Defendant released with supervision
- [ ] Defendant detained pending a detention hearing
- [✓] Defendant detained pending trial
- [✓] Defendant remanded to the custody of the US Marshal

**ADDITIONAL COMMENTS:**

Defendant advised the Court that he is a citizen of Iraq.  Defendant refused notification of the Iraqi Consulate.  If Iraq is not on the list for mandatory contact, the government will have no obligation regarding notification.
Defendant had a detention hearing in the Northern District of Georgia on February 26, 2021 and was ordered detained. IT IS ORDERED that the Order of Detention that was filed in the Northern District of Georgia is adopted in this case as the operative Detention Order.  IT IS FURTHER ORDERED that the Clerk file the Order of Detention from the Northern District of Georgia in this case as a separate entry.