# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | CASE NO: 4:21-CR-31 |
| ) | |
| **NIHAD AL JABERI** ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

NOW COMES the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and notifies the Court that the items listed in the attached discovery index has been made available to defense counsel in discovery.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*s/Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO: 4:21-CR-31** |
| | ) | |
| **NIHAD AL JABERI** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 9TH day of April, 2021.

                                                  Respectfully submitted,

                                                DAVID H. ESTES
                                                ACTING UNITED STATES ATTORNEY

                                                *s/Jennifer G. Solari*

                                                Jennifer G. Solari
                                                Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422