# US v Nihad Al Jaberi
# Discovery 1

### Discovery from BIS

| Name |
|---|
| ROI 2 Search Warrant Cumming GA(1).pdf |
| MCP 782035-20-0041 Initial Operation Concealed Carry 20201005.pdf |

### Discovery from BIS\Search warrants\SDGA search warrants\2

| Name |
|---|
| Mo to Seal.pdf |
| Order to Seal.pdf |
| App.pdf |
| Warrant.pdf |

### Discovery from BIS\Search warrants\SDGA search warrants\1

| Name |
|---|
| Warrant.pdf |
| Order.pdf |
| App.pdf |
| motion.pdf |

### Discovery from BIS\Search warrants\SDGA search warrants\3

| Name |
|---|
| Warrant.pdf |
| Application.pdf |
| Mo Sea;l.pdf |
| Order to Seal.pdf |

### Discovery from BIS\Search warrants\NDGA search warrants\NDGA SW

| Name |
|---|
| Sealed-2020.10.01-App&Warrant&Motion&Order-120mc1786.pdf |
| Sealed-2020.10.01-App&Warrant&Motion&Order-120mc1788.pdf |
| 20mc22 Order to Seal.pdf |
| 20mc22 Search Warrant.pdf |
| Search Warrant Return 1 20-MC-1786.pdf |
| Search Warrant Return 1 20-MC-1788.pdf |

### Discovery from BIS\Search warrants\NDGA search warrants\Photos 770 Jolly Ave

| Name | | | | |
|---|---|---|---|---|
| 041A3374.JPG | 041A3362.JPG | 041A3420.JPG | 041A3456.JPG | 041A3410.JPG |
| 041A3402.JPG | 041A3413.JPG | 041A3387.JPG | 041A3447.JPG | 041A3366.JPG |
| 041A3373.JPG | 041A3365.JPG | 041A3380.JPG | 041A3440.JPG | 041A3417.JPG |
| 041A3405.JPG | 041A3461.JPG | 041A3427.JPG | 041A3395.JPG | 041A3361.JPG |
| 041A3430.JPG | 041A3398.JPG | 041A3455.JPG | 041A3432.JPG | 041A3419.JPG |
| 041A3397.JPG | 041A3443.JPG | 041A3429.JPG | 041A3449.JPG | 041A3465.JPG |
| 041A3390.JPG | 041A3444.JPG | 041A3389.JPG | 041A3435.JPG | 041A3462.JPG |
| 041A3437.JPG | 041A3438.JPG | 041A3452.JPG | 041A3392.JPG | 041A3368.JPG |
| 041A3445.JPG | 041A3436.JPG | 041A3463.JPG | 041A3376.JPG | 041A3379.JPG |
| 041A3439.JPG | 041A3391.JPG | 041A3369.JPG | 041A3400.JPG | 041A3408.JPG |
| 041A3399.JPG | 041A3396.JPG | 041A3418.JPG | 041A3371.JPG | 041A3370.JPG |
| 041A3442.JPG | 041A3431.JPG | 041A3464.JPG | 041A3407.JPG | 041A3406.JPG |
| 041A3388.JPG | 041A3372.JPG | 041A3416.JPG | 041A3409.JPG | 041A3377.JPG |
| 041A3453.JPG | 041A3404.JPG | 041A3411.JPG | 041A3378.JPG | 041A3401.JPG |
| 041A3454.JPG | 041A3375.JPG | 041A3367.JPG | 041A3457.JPG | 041A3448.JPG |
| 041A3428.JPG | 041A3403.JPG | 041A3458.JPG | 041A3450.JPG | 041A3393.JPG |
| 041A3426.JPG | 041A3460.JPG | 041A3383.JPG | 041A3385.JPG | 041A3434.JPG |
| 041A3381.JPG | 041A3412.JPG | 041A3424.JPG | 041A3422.JPG | 041A3433.JPG |
| 041A3386.JPG | 041A3364.JPG | 041A3423.JPG | 041A3459.JPG | 041A3394.JPG |
| 041A3421.JPG | 041A3415.JPG | 041A3384.JPG | 041A3425.JPG | 041A3441.JPG |
| 041A3414.JPG | 041A3363.JPG | 041A3451.JPG | 041A3382.JPG | 041A3446.JPG |

*Discovery from BIS\Search warrants\NDGA search warrants\Photos 5310 Harris Creek*

| Name | | | | |
|---|---|---|---|---|
| DSC_1447.JPG | DSC_1507.JPG | DSC_1422.JPG | DSC_1477.JPG | DSC_1484.JPG |
| DSC_1496.JPG | DSC_1509.JPG | DSC_1506.JPG | DSC_1470.JPG | DSC_1455.JPG |
| DSC_1440.JPG | DSC_1480.JPG | DSC_1501.JPG | DSC_1402.JPG | DSC_1429.JPG |
| DSC_1491.JPG | DSC_1451.JPG | DSC_1488.JPG | DSC_1405.JPG | DSC_1483.JPG |
| DSC_1432.JPG | DSC_1487.JPG | DSC_1459.JPG | DSC_1479.JPG | DSC_1452.JPG |
| DSC_1449.JPG | DSC_1456.JPG | DSC_1425.JPG | DSC_1397.JPG | DSC_1398.JPG |
| DSC_1498.JPG | DSC_1473.JPG | DSC_1410.JPG | DSC_1430.JPG | DSC_1443.JPG |
| DSC_1511.JPG | DSC_1408.JPG | DSC_1417.JPG | DSC_1514.JPG | DSC_1492.JPG |
| DSC_1435.JPG | DSC_1474.JPG | DSC_1419.JPG | DSC_1513.JPG | DSC_1444.JPG |
| DSC_1400.JPG | DSC_1406.JPG | DSC_1465.JPG | DSC_1437.JPG | DSC_1495.JPG |
| DSC_1407.JPG | DSC_1401.JPG | DSC_1462.JPG | DSC_1445.JPG | DSC_1438.JPG |
| DSC_1409.JPG | DSC_1448.JPG | DSC_1482.JPG | DSC_1494.JPG | DSC_1512.JPG |
| DSC_1475.JPG | DSC_1499.JPG | DSC_1453.JPG | DSC_1439.JPG | DSC_1436.JPG |
| DSC_1472.JPG | DSC_1510.JPG | DSC_1485.JPG | DSC_1399.JPG | DSC_1431.JPG |
| DSC_1463.JPG | DSC_1434.JPG | DSC_1454.JPG | DSC_1442.JPG | DSC_1396.JPG |
| DSC_1418.JPG | DSC_1433.JPG | DSC_1428.JPG | DSC_1493.JPG | DSC_1515.JPG |
| DSC_1464.JPG | DSC_1441.JPG | DSC_1502.JPG | DSC_1467.JPG | DSC_1404.JPG |
| DSC_1416.JPG | DSC_1490.JPG | DSC_1426.JPG | DSC_1460.JPG | DSC_1478.JPG |
| DSC_1411.JPG | DSC_1446.JPG | DSC_1421.JPG | DSC_1412.JPG | DSC_1403.JPG |
| DSC_1500.JPG | DSC_1497.JPG | DSC_1505.JPG | DSC_1415.JPG | DSC_1471.JPG |
| DSC_1489.JPG | DSC_1486.JPG | DSC_1414.JPG | DSC_1469.JPG | DSC_1476.JPG |
| DSC_1458.JPG | DSC_1457.JPG | DSC_1468.JPG | DSC_1420.JPG | |
| DSC_1424.JPG | DSC_1508.JPG | DSC_1413.JPG | DSC_1504.JPG | |
| DSC_1423.JPG | DSC_1481.JPG | DSC_1461.JPG | DSC_1503.JPG | |
| | DSC_1450.JPG | DSC_1466.JPG | DSC_1427.JPG | |

*Discovery from BIS\Search warrants\NDGA search warrants\Photos E Ponce de Leon Ave Apt E2*

| Name | | | | |
|---|---|---|---|---|
| IMG_0907.JPG | IMG_0847.JPG | IMG_0787.JPG | IMG_0870.JPG | IMG_0768.JPG |
| IMG_0797.JPG | IMG_0750.JPG | IMG_0833.JPG | IMG_0877.JPG | IMG_0871.JPG |
| IMG_0823.JPG | IMG_0781.JPG | IMG_0751.JPG | IMG_0879.JPG | IMG_0838.JPG |
| IMG_0790.JPG | IMG_0835.JPG | IMG_0780.JPG | IMG_0805.JPG | IMG_0895.JPG |
| IMG_0824.JPG | IMG_0911.JPG | IMG_0834.JPG | IMG_0760.JPG | IMG_0844.JPG |
| IMG_0858.JPG | IMG_0898.JPG | IMG_0910.JPG | IMG_0802.JPG | IMG_0892.JPG |
| IMG_0889.JPG | IMG_0849.JPG | IMG_0899.JPG | IMG_0767.JPG | IMG_0843.JPG |
| IMG_0900.JPG | IMG_0757.JPG | IMG_0848.JPG | IMG_0776.JPG | IMG_0754.JPG |
| IMG_0856.JPG | IMG_0786.JPG | IMG_0897.JPG | IMG_0813.JPG | IMG_0831.JPG |
| IMG_0887.JPG | IMG_0832.JPG | IMG_0846.JPG | IMG_0868.JPG | IMG_0785.JPG |
| IMG_0851.JPG | IMG_0772.JPG | IMG_0890.JPG | IMG_0771.JPG | IMG_0753.JPG |
| IMG_0880.JPG | IMG_0817.JPG | IMG_0841.JPG | IMG_0814.JPG | IMG_0836.JPG |
| IMG_0909.JPG | IMG_0775.JPG | IMG_0758.JPG | IMG_0866.JPG | IMG_0782.JPG |
| IMG_0799.JPG | IMG_0810.JPG | IMG_0789.JPG | IMG_0778.JPG | IMG_0827.JPG |
| IMG_0864.JPG | IMG_0862.JPG | IMG_0874.JPG | IMG_0861.JPG | IMG_0793.JPG |
| IMG_0818.JPG | IMG_0865.JPG | IMG_0808.JPG | IMG_0828.JPG | IMG_0903.JPG |
| IMG_0863.JPG | IMG_0819.JPG | IMG_0873.JPG | IMG_0854.JPG | IMG_0904.JPG |
| IMG_0774.JPG | IMG_0850.JPG | IMG_0801.JPG | IMG_0885.JPG | IMG_0820.JPG |
| IMG_0811.JPG | IMG_0881.JPG | IMG_0764.JPG | IMG_0853.JPG | IMG_0794.JPG |
| IMG_0773.JPG | IMG_0908.JPG | IMG_0806.JPG | IMG_0882.JPG | IMG_0852.JPG |
| IMG_0816.JPG | IMG_0798.JPG | IMG_0763.JPG | desktop.ini | IMG_0883.JPG |
| IMG_0807.JPG | IMG_0749.JPG | IMG_0752.JPG | IMG_0905.JPG | IMG_0829.JPG |
| IMG_0762.JPG | IMG_0857.JPG | IMG_0837.JPG | IMG_0821.JPG | IMG_0855.JPG |
| IMG_0800.JPG | IMG_0886.JPG | IMG_0783.JPG | IMG_0795.JPG | IMG_0884.JPG |
| IMG_0765.JPG | IMG_0791.JPG | IMG_0755.JPG | IMG_0826.JPG | IMG_0779.JPG |
| IMG_0872.JPG | IMG_0825.JPG | IMG_0830.JPG | IMG_0792.JPG | IMG_0860.JPG |
| IMG_0875.JPG | IMG_0859.JPG | IMG_0784.JPG | IMG_0902.JPG | IMG_0867.JPG |
| IMG_0809.JPG | IMG_0888.JPG | IMG_0893.JPG | IMG_0803.JPG | IMG_0869.JPG |
| IMG_0891.JPG | IMG_0901.JPG | IMG_0842.JPG | IMG_0766.JPG | IMG_0770.JPG |
| IMG_0840.JPG | IMG_0906.JPG | IMG_0839.JPG | IMG_0878.JPG | IMG_0815.JPG |
| IMG_0759.JPG | IMG_0796.JPG | IMG_0894.JPG | IMG_0804.JPG | IMG_0777.JPG |
| IMG_0788.JPG | IMG_0822.JPG | IMG_0845.JPG | IMG_0761.JPG | IMG_0812.JPG |
| IMG_0896.JPG | IMG_0756.JPG | IMG_0769.JPG | IMG_0876.JPG | |

*Discovery from BIS\Interviews\Mahmood AL TAYYAR*

| Name |
|---|
| 10-08-2020 Interview of Mahmood AL TAYYAR part 1 of 4.WMA |
| 10-08-2020 Interview of Mahmood AL TAYYAR part 2 of 4.WMA |
| 10-08-2020 Interview of Mahmood AL TAYYAR part 4 of 4.WMA |
| 10-08-2020 Interview of Mahmood AL TAYYAR part 3 of 4.WMA |

### *Discovery from BIS\Interviews\Nihad AL JABERI*

| Name |
| --- |
| 201008_0630.mp3 |

### *Discovery from BIS\Interviews\Mustafa KAREEM*

| Name |
| --- |
| Mustafa KAREEM Interview.MP3 |

### *Discovery from BIS\Interviews\Ahmed AL TAYYAR*

| Name |
| --- |
| 10-08-2020 Interview of Ahmed AL TAYYAR and Maryan AL TAYYAR.WMA |

### *Discovery from BIS\Interviews\Fiasal SULEMAN*

| Name |
| --- |
| Fiasal SULEIMAN Interview.MP3 |

### *Discovery from BIS\Interviews\Ashraf TAHA*

| Name |
| --- |
| Ashraf TAHA Interview.MP3 |

### *Discovery from BIS\Interviews\Ahmed and Maryan AL TAYYAR*

| Name |
| --- |
| 10-08-2020 Interview of Ahmed AL TAYYAR and Maryan AL TAYYAR.WMA |

### *Discovery from BIS\Interviews\Kyle HILL*

| Name |
| --- |
| 10-14-2020 Call from Kyle HILL to SA Gray.WMA |
| 10-14-2020 Interview of Kyle HILL.WMA |

### *ROIs*

| Name |
| --- |
| ROI 4 Ashraf TAHA Interview Outreach.pdf |
| ROI 3 Interview Mustafa  Fiasal.pdf |
| Tigris Hawk ROI 7signed.pdf |
| Tigris Hawk ROI 1 signed.pdf |
| ROI 5 Interview Outreach North Atlantic Inc.pdf |
| Tigris Hawk ROI 6  interview of Nihad AL JABERI attacments incl.pdf |

### *Reports\Reports Item #36 AL JABARI*

| Name |
| --- |
| CellebriteReader.exe |
| EvidenceCollection_2020-10-19_Report.ufdr |

### *Reports\Reports Item #35 AL JABARI*

| Name |
| --- |
| EvidenceCollection_2020-10-16_Report.ufdr |
| CellebriteReader.exe |

### *Reports\Reports Item #24 AL TAYYAR iPad*

| Name |
| --- |
| EvidenceCollection_2020-10-13_Report.ufdr |
| CellebriteReader.exe |

### *Reports\Reports Item #26 AL TAYYAR*

| Name |
| --- |
| CellebriteReader.exe |
| EvidenceCollection_2020-10-10_Report.ufdr |

### *Reports\Reports Item #7 TAHA*

Name
EvidenceCollection_2020-11-17_Report.ufdr
CellebriteReader.exe

### *Reports\Reports Item #11 KAREEM*

Name
CellebriteReader.exe
EvidenceCollection_2021-01-14_Report.ufdr

### *Reports\Reports Item #25 AL TAYYAR*

Name
EvidenceCollection_2020-10-12_Report.ufdr
CellebriteReader.exe

### *Mahmood Al Tayyar's Bank Statement*

Name
Page from bank statement.docx

### *GJ Transcript*

Name
AL JABERI, NIHAD.JGS.GJ.02.02.21.pdf

### *Discovery from ATF*

Name
BF6ED28F.tmp
760540-20-0077 ROI 001 - 007.pdf
760540-20-0077 ROI #012.pdf
760540-20-0077 ROI  #008.pdf
760540-20-0077 ROI #020.pdf
760540-20-0077 ROI #027.pdf
760540-20-0077 ROI #029.pdf
760540-20-0077 ROI #013  Translations.docx
760540-20-0077 ROI #028.pdf
760540-20-0077 ROI #026.pdf
760540-20-0077 ROI #021.pdf
760540-20-0077 ROI #014.pdf
760540-20-0077 ROI #022.pdf
760540-20-0077 ROI #025.pdf
760540-20-0077 ROI #010.pdf
760540-20-0077 ROI #017.pdf
760540-20-0077 ROI #019.pdf
760540-20-0077 ROI #018.pdf
760540-20-0077 ROI #016.pdf
760540-20-0077 ROI #011.pdf
760540-20-0077 ROI #024.pdf
760540-20-0077 ROI #023.pdf
760540-20-0077 ROI #009.pdf

### *Int. of Eugene McNair*

Name
01-28-2021 Interview of Eugene MCNAIR.WMA

### *Translation of Text Messages*

Name
760540-20-0077 Text messages between AL TAYYAR and AL JABERI-FINAL.pdf

### *Int. of Al Jaberi*

Name
02-18-2021 Interview of Nihad AL JABERI.WMA

### *Undercover Meet*

Name

TAYYAR_convo_with_JABERI.001.cam1.avi

### *Undercover Meet\Translation of UC Meet*

Name
760540-20-0077 TAYYAR_convo_with_JABERI.001.cam1.pdf