IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-31 |
| NIHAD AL JABERI, | |
| Defendant. | |

### O R D E R

The petit jury selected for the trial of the above-captioned case, being sequestered during the jury deliberations of said case by direction of this Court, is to be fed its regular meal at a place appropriate for the feeding of said jury. The Clerk for the Southern District of Georgia is hereby directed, pursuant to the provisions of Title 28, U.S.C. § 1871, to disburse to said eating establishment the sum so billed for these meals.

**SO ORDERED**, this 17th day of February, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA