**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

NIHAD AL JABERI,

       Defendant.

CASE NO.: 4:21-cr-31

## O R D E R

A jury trial in the above captioned case having been conducted the week of February 15, 2022, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 25th day of February, 2022.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA