UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NIHAD AL JABERI,<br><br>Defendant. | CASE NO.: 4:21-cr-31 |

## VERDICT FORM

### COUNT ONE (SMUGGLING)

We, the Jury, find Defendant Nihad Al Jaberi

☐ Not Guilty     ☑ Guilty

as charged in Count One of the Indictment.

*Note: If you find Defendant guilty as charged in Count One of the Indictment, proceed to the following paragraph. If you find Defendant not guilty as charged in Count One of the Indictment, proceed to Count Two.*

We, the Jury, having found Defendant guilty of the offense charged in Count One, find that Defendant attempted to export firearms from the United States in violation of (please choose (i), (ii), or both if applicable).

(i) 18 U.S.C. § 922(e) (Failure to Notify a Common Carrier) ☑

(ii) 13 U.S.C. § 305 (Submitting False or Misleading Export Information) ☑

### COUNT TWO (FAILURE TO NOTIFY A COMMON CARRIER)

We, the Jury, find Defendant Nihad Al Jaberi

☐ Not Guilty     ☑ Guilty

as charged in Count Two of the Indictment.

## COUNT THREE (SUBMITTING FALSE OR MISLEADING EXPORT INFORMATION)

We, the Jury, find Defendant Nihad Al Jaberi

☐ Not Guilty     ☑ Guilty

as charged in Count Three of the Indictment.

So say we all this __17th__ day of February, 2022.



/Foreperson