To the Honorable Judge Baker,

My name is Rasha Al-Rubaye. I am Nihad Al-Jabri's wife. I ask from your honor to look to my husband with an eye of mercy. Please judge him with an open and kind heart. Our family has suffered a lot. It was a struggle to get to America to begin with, but then we couldn't begin to anticipate the challenges that we phased after. Moving across the ocean to a foreign land, with a foreign language and culture took a big toll on our family. We wanted a peaceful and dignified life. We wanted to give our children a safe home, and we wanted them to grow up with luxuries we unfortunately never had back home.

It's hard to see somebody past their mistakes or unfortunate circumstances. I urge you to please see him as I see him, a loving husband and father. A man whose wife and kids need him. Thank you so much for your time and consideration.

Respectfully,
Rasha Al-Rubaye

To the Honorable Judge Baker,

Fahad's letter: Dear Judge/ your honor my name is Fahad Al Jaberi I'm in 7th grade and I'm a 12 year old boy that has lived through many issues and many more and I am making this letter because of 1 thing needing my Father and I NEED him because we lost a big house because when my dad left or when they took him we lost a big house and we had to get out because we could not pay rent and now we rent a smaller one and it has no upstairs so we had to throw away many items that we wanted like my desk for online school so I won't have to sleep on the ground all day for school and my father is the most important thing to me. If he is not there, then nothing is there. It just feels like a dark whole and my heart is clouded with what wrong could happen and if I get my dad back, I might not be depressed anymore because my dad is my light, he is my rest he is my heart. Thank you

**Respect fully,**
**Fahad, Shaheen and Mustafa Al Jaberi**

**Honorable judge.**

I am Batoul Al-Jabri, the niece of Nihad Al-Jabri.

I wish you the release of my uncle. He is a kind, lovable, humanitarian, cooperative and kind-hearted person. So I really hope you can have mercy on my uncle, lighten his sentence and help him

Thank you

Batoul Al jabri

2022.3.5

Your Excellency, Judge

good greeting

I am the big brother of the accused, Nuhad Al-Jabri, and my name is Ammar Al-Jabri. I ask for your humanity and mercy, to draw closer to God ((be merciful with those on Earth and God will be merciful with you)) and be kind to his family, children and his sick mother. Your Honor, Nihad is a good and generous person who helps people and loves life. And he loves the United States and was exposed to danger because of that, and since his childhood related to raising animals and their possession, and in his youth he was committed to the values of life and sanctifies work and all his relatives and friends love him and he has no hostile behavior or criminal or judicial history in his country of Iraq and lives in a balanced manner and with everyone, The reason for leaving Iraq was the death threat to him and his family, and I did not escape from that. My younger brother, Mustafa al-Jabri, was killed as a result of Nihad al-Jabri's work with US companies and forces present in Iraq, and surely you are aware of the details of that. He unintentionally and does not intend to harm anyone, and he loves fishing as a hobby and the acquisition of fishing supplies and equipment is very appealing to him, and I know that he did not and will not harm anyone, but ignorance of the law is a fundamental reason, he is new in the United States and there is no counselor for him, the reason for what he is in now and please It is your honor to focus on this important point in the absence of intent to harm, whether within the United States or Outside, Your Honor, I hope and beg your justice to have mercy on my brother for the sake of his family and for our sake and for the sake of his sick mother, who is related to him. You and the United States and its people have all the appreciation and respect.

AMMAR ALJABRI

the judge . Please accept my sincerest respect

The wife of the brother of Nihad Al-Jabri, my name is Lubna Al-Badr, and I live in Iraq, Baghdad. I beg Your Excellency, forgiveness for Nihad Al-Jabri. And his mercy. He is a good and generous person, and he did not harm anyone. Please have mercy on him for the sake of his children and his poor family. Please look at his suffering and cover him with your kindness and mercy. He has taken many risks to serve the United States and its friends. Thank you all

**Lubna Al Badr**