IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) 4:21−CR−00031−RSB−CLR−1 | |
| ) | |
| NIHAD AL JABERI ) | |

## MOTION TO CONTINUE

Mr. NIHAD AL JABERI, pursuant to Fed. R. Crim. P. 32(b), respectfully moves this Court to continue the Sentencing Hearing set for July 14, 2022 for no less than 21 days.

### I.   Procedural History

On February 3, 2021, a federal Grand Jury returned an Indictment against Mr. Jaberi, charging him with one count of Smuggling in violation of 18 U.S.C. § 554 (Count 1), one count of Failure to Notify a Common Carrier in violation of 18 U.S.C. § 922(e) (Count 2), and one count of Submitting False or Misleading Export Information in violation of 13 U.S.C. § 305 (Count 3). Indict., ECF No. 1.

Following a jury trial, Mr. Jaberi was found guilty on all three counts. Verdict, ECF No. 70.

The Sentencing Hearing is currently scheduled for July 14, 2022. Order, ECF No. 82.

Notably, attorney Mr. Christopher Troy Clark, Esq. represented Mr. Jaberi at trial. After Mr. Jaberi's convictions and prior to his sentencing, he retained undersigned counsel with a subsequent understanding that Mr. Clark is going to represent him at the sentencing and that undersigned counsel is going to represent him for appeal. Based on the foregoing understanding, on March 9, 2022 both undersigned counsel filed their Notices of Appearance (ECF Nos. 74 & 75). Also based on the foregoing arrangement, on July 7, 2022 Mr. Clark filed his Motion to Withdraw as Counsel after Conclusion of July 14, 2022 Sentencing Hearing (ECF No. 91).

On July 12, 2022, however, Mr. Jaberi terminated Mr. Clark's representation. Later the same day, Mr. Clark informed the Government and this Court about the termination and filed a Notice of Termination of Representation (ECF No. 93). Mr. Clark also informed undersigned counsel, Mr. Murdoch Walker, II about the termination.

**II.   Factual Assertions**

Mr. Jaberi respectfully moves for a continuance on the following grounds:

The unequivocal understanding among Mr. Jaberi, Mr. Clark, and undersigned counsel was that Mr. Clark would handle all sentencing preparation and represent Mr. Jaberi at the sentencing. Now Mr. Clark was terminated on July 12, 2022, only two days before the July 14, 2022 Sentencing,

2

additional time is necessary for undersigned counsel to effectively prepare for the sentencing.

Moreover, Ms. Katryna Lyn Spearman, Esq., lead counsel on this case, is currently attending a jury trial at the Northern District of Georgia in *United States v. Felton*, 1:20-cr-00347-JPB-JSA (N.D.Ga. filed September 9, 2020), which is anticipated to continue into the week of July 18, 2022, thus leaving Mr. Murdoch Walker, II the sole available counsel for Mr. Jaberi.

Thus, additional time is necessary for undersigned counsel to effectively prepare for the sentencing.

### III. Memorandum of Law

"[T]his [C]ourt must impose a sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). Nonetheless, it "may, for good cause, change any time limits prescribed in [Fed. R. Crim. P. 32]." Fed. R. Crim. P. 32(b)(2).

Mr. Jaberi respectfully submits that good cause exists for this Court to continue the Sentencing Hearing and all associated deadlines. For reasons as demonstrated herein above, Mr. Jaberi respectfully requests that the Sentencing Hearing be continued for no less than 21 days, and all associated deadlines to be continued accordingly.

That being said, based on undersigned counsel's conferment with the Government, and because both parties have a lot of court obligations in the coming weeks, the parties jointly request for a telephone status conference

3

in order to resolve the scheduling conflicts and to determine a best alternative date for the Sentencing Hearing.

## IV.     Opposing Party's Position

The Government does not oppose this motion.

## V.     Conclusion

Mr. Jaberi, based on the foregoing assertions and argument, prays that this Court continue the Sentencing Hearing set for July 14, 2022 for no less than 21 days, and to hold a telephone status conference to determine a best alternative date for the Sentencing Hearing.

Date:  July 13, 2022

Respectfully Submitted,

*s/ Murdoch Walker II, Esq.*
Murdoch Walker, II. Esq.
Ga. Bar No. 163417
mwalker@lowtherwalker.com

*s/ Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorneys for Nihad Al Jaberi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 4:21−CR−00031−RSB−CLR−1 |
| | ) |
| NIHAD AL JABERI | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, I electronically filed the foregoing MOTION TO CONTINUE with the Clerk of the United States District Court for the Southern District of Georgia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:  July 13, 2022

>Respectfully Submitted,
>
>**_s/ Murdoch Walker II, Esq._**
>Murdoch Walker, II. Esq.
>Ga. Bar No. 163417
>mwalker@lowtherwalker.com
>
>Lowther | Walker LLC
>101 Marietta St., NW, Ste. 3325
>Atlanta, GA 30303
>404.496.4052
>www.lowtherwalker.com
>
>Attorney for Nihad Al Jaberi