| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: R. STAN BAKER DATE: 08-11-2022 |
|---|---|---|

**CRIMINAL CASE NO.  CR  4:21-cr-31**
**UNITED STATES OF AMERICA VS.  Nihad Al Jaberi**

COURTROOM DEPUTY  Pam Hammock          COURT REPORTER  Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**          **ATTORNEY(S) FOR THE DEFENDANT:**

Jennifer Solari & Darron Hubbard, AUSA          Katryna Spearman, retained

U.S. PROBATION OFFICER:          DEFENDANT SENTENCED ON COUNT(S)

Brian Mills          One through Three of the Indictment

[X] Presentence Report Reviewed In Full          Custody  94  Months B.O.P.

[ ] Objections to Factual Basis          Probation _____

[X] Objections To Guidelines Calculations          Supervised Release  3  Years

[ ] Probation Officer Testifies          Special Conditions  as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations          Fine $ none

[X] No Changes Ordered          Restitution $ none

[X] Findings Of The Court          Special Assessment $ 300

[X] Factual Witnesses Testify          To Be Paid  immediately

[X] Statements Of Counsel          Community Service _____

[X] Statements By Defendant          Facility Recommended  - USP Atlanta

[X] Sentence Pronounced          Defendant Remanded To The USM  - Y

**OTHER DIRECTIVES OF THE COURT**          Voluntary Surrender _____

[ ] Attach Statement of Reasons to the Judgment          To USM [X]   To Facility [ ]

[ ] Transcribe Statement of Reasons          Nolle Prosse Count(s) _____

[X] Appeal Rights of Defendant Explained          Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided          Departure From Guidelines _____

[X] Notice of Counsel's Post-Conviction Obligations Provided          Upward _____     Downward _____

U.S. Deputy Marshal  Fitzgerald          Time  11:30  to  12:40  Total  01:10

Court Security Officer  Michael