# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:21-CR-00031-RSB-CLR |
| | ) | |
| NIHAD AL JABERI | ) | Judge R. Stan Baker |

## NOTICE OF APPEAL

Mr. NIHAD AL JABERI, pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i), respectfully notifies this Court of his appeal from the convictions and sentence in the Judgement in a Criminal Case (ECF No. 99) to the United States Court of Appeals for the Eleventh Circuit.

Date:   August 25, 2022.

Respectfully submitted,

*s/ Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

1

***s/ Murdoch Walker II, Esq.***
Murdoch Walker II, Esq.
Ga. Bar # 163418
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorneys for Nihad Al Jaberi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:21-CR-00031-RSB-CLR |
| | ) | |
| NIHAD AL JABERI | ) | Judge R. Stan Baker |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the United States District Court for the Western District of Texas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:     August 25, 2022.

        Respectfully submitted,

        *s/ Katryna Lyn Spearman, Esq.*
        Katryna Lyn Spearman, Esq.
        Ga. Bar # 616038
        kspearman@lowtherwalker.com

        Lowther | Walker LLC
        101 Marietta St., NW, Ste. 3325
        Atlanta, GA 30303
        404.496.4052
        www.lowtherwalker.com