# United States District Court
## *Southern District of Georgia*

JOHN E. TRIPLETT
CLERK OF COURT

OFFICE OF THE CLERK
P.O. Box 8286
SAVANNAH, GEORGIA   31412

TELEPHONE   (912)650-4020

David Smith, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number  4:21-cr-31

U.S.C.A. Number

RE: United States of America v. Nihad Al Jaberi

---

Enclosed are documents regarding an appeal in this matter.

☒ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☒ First Notice of Appeal: ☑ Yes ☐ No
Date of other _____

☐ Certified record on appeal consisting of:
_____ Volume (s) of pleadings; _____ Volume (s) of transcripts;
_____ Volume (s) of exhibits/deposition; _____ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☒ The appellate docket fee has been paid: ☑ Yes ☐ No
Date paid  8/25/2022 _____

☐ Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is  R. Stan Baker _____

☒ The Court Reporter is  Kelly McKee _____

☐ This is an appeal of a bankruptcy order
Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

☐ OTHER:

cc:  Katryna Lyn Spearman
     Christopher Troy Clark
     Murdoch Walker, II
     Chester J. Gregg
     Hassan Elkhalil
     Darron J. Hubbard
     Jennifer Gayle Solari

Sincerely,

JOHN E. TRIPLETT, CLERK OF COURT
U.S. DISTRICT COURT

BY: _____
Deputy Clerk

DATE:  8/26/2022 _____

APPEAL,CLOSED,INTERPRETER

# U.S. District Court
## Southern District of Georgia (Savannah)
## CRIMINAL DOCKET FOR CASE #: <u>4:21−cr−00031−RSB−CLR</u>−1

Case title: USA v. Jaberi

Date Filed: 02/03/2021
Date Terminated: 08/22/2022

Assigned to: District Judge R.
Stan Baker
Referred to: Magistrate Judge
Christopher L. Ray

**<u>Defendant (1)</u>**

**Nihad Al Jaberi**
*TERMINATED: 08/22/2022*

represented by **Christopher Troy Clark**
Professional Building 1, AD 1201
1481 Laney Walker Blvd.
Augusta, GA 30912
706−721−1626
Email: <u>ctclarkfirm@gmail.com</u>
*TERMINATED: 07/13/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Katryna Lyn Spearman**
Lowther Walker, LLC
101 Marietta Street, NW
Suite 3325
Atlanta, GA 30303
936−537−3914
Fax: 866−819−7859
Email: <u>kspearman@lowtherwalker.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Murdoch Walker , II**
Lowther Walker, LLC
101 Marietta Street, NW
Suite 3325
Atlanta, GA 30303
(404) 496−4052
Fax: 866−819−7859
Email: <u>mwalker@lowtherwalker.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

1

**Chester J. Gregg**
Balbo & Gregg
P.O. Box 1297
Richmond Hill, GA 31324
912–459–1776
Fax: 912–459–1777
Email: chet@balbogregg.com
*TERMINATED: 03/26/2021*
*Designation: CJA Appointment*

**Hassan Elkhalil**
Elkhalil Law, P.C.
1950 N. Park Place
Suite 550
Atlanta, GA 30339
770–612–3499
Fax: 404–537–1710
Email: hassan@elkhalillaw.com
*TERMINATED: 06/28/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18 U.S.C. § 554 Smuggling (1) | 94m imp; 3y sr; $300 sa |
| 18 U.S.C. § 922(e) Failure to Notify a Common Carrier (2) | 94m imp; 3y sr; $300 sa |
| 13 U.S.C. § 305 Submitting False or Misleading Export Information (3) | 94m imp; 3y sr; $300 sa |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Interpreter**

**Said Nedlouf**

---

**Plaintiff**

**USA**                                  represented by   **Darron J Hubbard**
DOJ–USAO
22 Barnard St
Suite 500
Savannah, GA 31401
912–650–0170
Email: darron.hubbard@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jennifer Gayle Solari**
U.S. Attorney's Office – Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912–201–2561
Fax: 912–652–4388
Email: jennifer.solari@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Bobby L. Christine**
U.S. Attorney's Office – Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912–652–4422
Email: bobby.christine@usdoj.gov
*Designation: Retained*

**Karl Irving Knoche**
U.S. Attorney's Office – Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912–652–4422
Fax: 912–652–4388
Email: karl.knoche@usdoj.gov
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|------------|---|------|-------------|
| 02/03/2021 | 1 | | |

| | | | |
|---|---|---|---|
| | | | INDICTMENT as to Nihad Al Jaberi (1) count(s) 1, 2, 3. (maa) (Additional attachment(s) added on 2/5/2021: # 1 Signature Page) (maa). (Entered: 02/05/2021) |
| 02/03/2021 | 2 | | PENALTY CERTIFICATION by Government as to Nihad Al Jaberi. (maa) (Entered: 02/05/2021) |
| 03/11/2021 | 7 | | CJA 20 – TEXT ORDER for Appointment of Attorney as to Nihad Al Jaberi: Appointment of Attorney Chester J. Gregg for Nihad Al Jaberi. Signed by Magistrate Judge Christopher L. Ray on 3/11/2021. (MD) (Entered: 03/11/2021) |
| 03/11/2021 | 8 | | TEXT ONLY NOTICE OF HEARING as to Nihad Al Jaberi. Arraignment and Initial Appearance set for 3/16/2021 03:00 PM in Savannah – Mag Jud Courtroom before Magistrate Judge Christopher L. Ray. Iraqi Arabic Interpreter TBD will be appointed at a rate of $111/202 for one half day and approved to travel via POV pursuant to the contract.(MD) (Entered: 03/11/2021) |
| 03/12/2021 | 9 | | Notice to CJA Counsel: CJA Packet attached including Post–Conviction Obligations – CLICK HERE TO READ.. (wwp) (Entered: 03/12/2021) |
| 03/12/2021 | 10 | | TEXT ONLY AMENDED NOTICE OF HEARING *NOTE NEW DATE AND TIME* as to Nihad Al Jaberi. Arraignment and Initial Appearance set for 3/15/2021 01:00 PM in Savannah – Mag Jud Courtroom before Magistrate Judge Christopher L. Ray. Interpreter Said Nedlouf is appointed at a rate of $111/202 for one half day and approved to travel via POV pursuant to the contract.(MD) (Entered: 03/12/2021) |
| 03/15/2021 | 11 | | MOTION for Discovery by Chester J. Gregg as to Nihad Al Jaberi. Responses due by 3/29/2021. (Gregg, Chester) (Entered: 03/15/2021) |
| 03/15/2021 | 12 | | NOTICE OF ATTORNEY APPEARANCE: Chester J. Gregg appearing for Nihad Al Jaberi (Gregg, Chester) (Entered: 03/15/2021) |
| 03/15/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: 11 MOTION for Discovery . (JH) (Entered: 03/15/2021) |
| 03/15/2021 | 13 | | Minute Entry for proceedings held before Magistrate Judge Christopher L. Ray: Initial Appearance and Arraignment as to Nihad Al Jaberi (1) Count 1,2,3 held on 3/15/2021. IT IS ORDERED that the Order of Detention that was filed in the Northern District of Georgia is adopted in this case as the operative Detention Order. IT IS FURTHER ORDERED that the Clerk file the Order of Detention from the Northern District of Georgia in this case as a separate entry. (Tape #FTR – SAV.) (MD) (Entered: 03/15/2021) |
| 03/15/2021 | 14 | | ORDER OF DETENTION as to Nihad Al Jaberi entered in the Northern District of Georgia on 2/26/2021 and adopted by Magistrate Judge Christopher L. Ray on 3/15/2021. (MD) (Entered: 03/15/2021) |
| 03/15/2021 | 15 | | Order Designating Interpreter Said Nedlouf as to Nihad Al Jaberi. Signed by Magistrate Judge Benjamin W. Cheesbro on 3/15/2021. (maa) (Entered: 03/15/2021) |
| 03/15/2021 | 16 | | SCHEDULING ORDER – Ends of Justice Finding. Upon motion of counsel for the Defendant the Court finds that the ends of justice in granting an |

4

| | | | |
|---|---|---|---|
| | | | extension of time to prepare motions outweigh the best interest of the public and defendant in a speedy trial. Pretrial motions are to be filed within 30 days of the date of the arraignment held on 3/15/21. The speedy trial clock is tolled during the period of this extension. Pretrial Motions due by 4/14/2021.Signed by Magistrate Judge Christopher L. Ray on 3/15/21. (Attachments: # 1 Notice) (wwp) (Entered: 03/15/2021) |
| 03/15/2021 | 17 | | CJA 23 Financial Affidavit by Nihad Al Jaberi. (jrb) (Entered: 03/15/2021) |
| 03/16/2021 | 19 | | NOTICE TO DEFENSE COUNSEL: Important Defense Representation Packet attached CLICK HERE TO READ including POST Conviction obligations, CJA Voucher Document ma iled to Attorney. (slt) (Entered: 03/16/2021) |
| 03/26/2021 | 20 | | MOTION for Leave to Appear Pro Hac Vice *on Behalf of Hassa Elkhalil* Receipt Number AGASDC−3071598, Fee Amount $200,. Responses due by 4/9/2021. (Attachments: # 1 Certification of Hassan Elkhalil, # 2 Certificate of Good Standing, # 3 Certification of No Prior Cases)(Clark, Christopher) (Entered: 03/26/2021) |
| 03/26/2021 | 21 | | NOTICE OF ATTORNEY APPEARANCE: Christopher Troy Clark appearing for Nihad Al Jaberi *as Designated Local Counsel* (Clark, Christopher) (Entered: 03/26/2021) |
| 03/26/2021 | 23 | | TEXT ONLY ORDER as to Nihad Al Jaberi. Defendant retained counsel; therefore, Attorney Chester J. Gregg terminated in case as to Nihad Al Jaberi. Signed by Magistrate Judge Christopher L. Ray on 3/26/2021. (MD) (Entered: 03/30/2021) |
| 03/29/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: 20 MOTION for Leave to Appear Pro Hac Vice *on Behalf of Hassa Elkhalil* Receipt Number AGASDC−3071598, Fee Amount $200. (JH) (Entered: 03/29/2021) |
| 03/30/2021 | 22 | | ORDER granting re 20 Motion to Appear Pro Hac Vice as to Nihad Al Jaberi (1). Signed by Magistrate Judge Christopher L. Ray on 3/29/21. (loh) (Entered: 03/30/2021) |
| 03/30/2021 | 24 | | NOTICE TO RETAINED COUNSEL as to Nihad Al Jaberi. (Attachments: # 1 Notice)(loh) (Entered: 03/30/2021) |
| 04/02/2021 | 25 | | Order (Ends of Justice finding pursuant to the Standing Orders in 1:21−mc−4 and 1:21−mc−14). The period of delay resulting from this extension – February 1, 2021, through and including March 31, 2021; and April 1, 2021, through and including May 31, 2021 – is excluded in computing the time within which the trial of this case may commence. (pmh) (Attachments: # 1 1:21−mc−4 Standing Order) (Entered: 04/02/2021) |
| 04/09/2021 | 26 | | CERTIFICATE OF DISCLOSURE by USA as to Nihad Al Jaberi (Attachments: # 1 Exhibit Discovery Index)(Solari, Jennifer) (Entered: 04/09/2021) |
| 04/12/2021 | 27 | | MOTION for Extension of Time to file pretrial motions by Hassan Elkhalil as to Nihad Al Jaberi. Responses due by 4/26/2021. (Elkhalil, Hassan) (Entered: 04/12/2021) |

| 04/13/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: <u>27</u> MOTION for Extension of Time to file pretrial motions. (thb) (Entered: 04/13/2021) |
| 04/14/2021 | <u>28</u> | | ORDER granting re <u>27</u> Motion for Extension of Time as to Nihad Al Jaberi (1). The ends of justice served in granting this request outweigh the best interest of the public and Defendant in a speedy trial. Signed by Magistrate Judge Christopher L. Ray on 4/13/21. (loh) (Entered: 04/14/2021) |
| 04/14/2021 | | | Set/Reset Deadlines as to Nihad Al Jaberi: Motions due by 6/14/2021. (loh) (Entered: 04/14/2021) |
| 04/14/2021 | <u>29</u> | | MOTION for Leave of Absence as to USA for dates of : July 12 through July 16, 2021 by on behalf of USA. Responses due by 4/28/2021. (Attachments: # <u>1</u> Text of Proposed Order)(Solari, Jennifer) (Entered: 04/14/2021) |
| 04/15/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: <u>29</u> MOTION for Leave of Absence as to USA for dates of : July 12 through July 16, 2021. (thb) (Entered: 04/15/2021) |
| 04/15/2021 | <u>30</u> | | ORDER granting <u>29</u> Motion for Leave of Absence by Jennifer Solari for the dates of July 12 through July 16, 2021 as to Nihad Al Jaberi (1). Signed by Magistrate Judge Christopher L. Ray on 4/15/2021. (csr) (Entered: 04/15/2021) |
| 06/04/2021 | <u>31</u> | | CERTIFICATE OF DISCLOSURE by USA as to Nihad Al Jaberi (Attachments: # <u>1</u> Exhibit)(Solari, Jennifer) (Entered: 06/04/2021) |
| 06/10/2021 | <u>32</u> | | MOTION to Substitute Attorney *in Role of Lead Counsel* by Christopher Troy Clark as to Nihad Al Jaberi. Responses due by 6/24/2021. (Clark, Christopher) (Entered: 06/10/2021) |
| 06/10/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: <u>32</u> MOTION to Substitute Attorney *in Role of Lead Counsel*. (JH) (Entered: 06/10/2021) |
| 06/11/2021 | <u>33</u> | | ORDER granting the Defendant's <u>32</u> Motion to Substitute Lead Counsel as to Nihad Al Jaberi (1). Signed by Magistrate Judge Christopher L. Ray on 6/11/2021. (ca) (Entered: 06/11/2021) |
| 06/14/2021 | <u>34</u> | | Consent MOTION to Continue *Deadline to File Pretrial Motions* by Christopher Troy Clark as to Nihad Al Jaberi. Responses due by 6/28/2021. (Clark, Christopher) (Entered: 06/14/2021) |
| 06/14/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: <u>34</u> Consent MOTION to Continue *Deadline to File Pretrial Motions.* (slt) (Entered: 06/14/2021) |
| 06/14/2021 | <u>35</u> | | ORDER granting <u>34</u> Motion to Continue as to Nihad Al Jaberi (1). Pretrial Motions due by July 29, 2021. The Court finds, as a matter of fact and law, that the motion is not for the purpose of delay, but in the furtherance of justice, and to protect Defendant's right to a fair trial. Signed by Magistrate Judge Christopher L. Ray on 06/14/2021. (jlh) (Entered: 06/14/2021) |
| 06/14/2021 | | | Set/Reset Deadlines as to Nihad Al Jaberi: Motions due by 7/29/2021. (jlh) (Entered: 06/14/2021) |
| 06/25/2021 | <u>36</u> | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Withdraw as Attorney *of Record* by Hassan Elkhalil as to Nihad Al Jaberi. Responses due by 7/9/2021. (Attachments: # 1 Exhibit A– DOC 32, # 2 Exhibit B–DOC 33, # 3 Exhibit C–Letter to Client, # 4 Exhibit D–DOC 35)(Elkhalil, Hassan) (Entered: 06/25/2021) |
| 06/25/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: 36 MOTION to Withdraw as Attorney *of Record*. (JH) (Entered: 06/25/2021) |
| 06/28/2021 | 37 | | ORDER granting Defendant's 36 Motion to Withdraw as Attorney. Hassan Elkhalil withdrawn from case as to Nihad Al Jaberi (1). Signed by Magistrate Judge Christopher L. Ray on 6/28/2021. (ca) (Entered: 06/28/2021) |
| 07/29/2021 | 38 | | Consent MOTION to Continue *Deadline to File Pretrial Motions* by Christopher Troy Clark as to Nihad Al Jaberi. Responses due by 8/12/2021. (Clark, Christopher) (Entered: 07/29/2021) |
| 07/29/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: 38 Consent MOTION to Continue *Deadline to File Pretrial Motions*. (slt) (Entered: 07/29/2021) |
| 07/30/2021 | 39 | | ORDER granting Defendant's unopposed 38 Motion to Continue/extension to file pre–trial motions – ends of justice served as to Nihad Al Jaberi (1). All pre–trial motions due no later than Monday, August 30, 2021. Signed by Magistrate Judge Christopher L. Ray on 7/29/2021. (ca) (Entered: 07/30/2021) |
| 07/30/2021 | | | Reset Deadline as to Nihad Al Jaberi: Motions due by 8/30/2021. (ca) (Entered: 07/30/2021) |
| 08/30/2021 | 40 | | MOTION to Continue *Deadline to File Pretrial Motions* by Christopher Troy Clark as to Nihad Al Jaberi. Responses due by 9/13/2021. (Clark, Christopher) (Entered: 08/30/2021) |
| 08/31/2021 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: 40 MOTION to Continue *Deadline to File Pretrial Motions. (thb) (Entered: 08/31/2021)* |
| 08/31/2021 | 41 | | RESPONSE to Motion by USA as to Nihad Al Jaberi re 40 MOTION to Continue *Deadline to File Pretrial Motions* (Hubbard, Darron) (Entered: 08/31/2021) |
| 09/01/2021 | 42 | | ORDER granting re 40 MOTION to Continue Deadline to File Pretrial Motions. The ends of justice served by granting the motion for an extension outweigh the best interests on the public and the Defendant in a speedy trial. All pretrial motions to be filed by the Defendant must be filed no later than September 29, 2021. Signed by Magistrate Judge Christopher L. Ray on 9/1/21. (loh) (Entered: 09/01/2021) |
| 09/01/2021 | | | Set/Reset Deadlines as to Nihad Al Jaberi: Motions due by 9/29/2021. (loh) (Entered: 09/01/2021) |
| 11/05/2021 | 43 | | STATUS REPORT by Nihad Al Jaberi (Clark, Christopher) (Entered: 11/05/2021) |
| 11/08/2021 | 44 | | ORDER dismissing 11 Motion for Discovery as to Nihad Al Jaberi (1). Signed by Magistrate Judge Christopher L. Ray on 11/8/2021. (csr) (Entered: 11/08/2021) |

| 11/09/2021 | 45 | | CRIMINAL TRIAL MANAGEMENT ORDER as to Nihad Al Jaberi. This case is set for a Pretrial Conference on Tuesday, January 11, 2022, and for Jury Selection and Trial on Tuesday, January 18, 2022. Signed by District Judge R. Stan Baker on 11/9/2021. (maa) (Entered: 11/09/2021) |
|---|---|---|---|
| 12/21/2021 | | | NOTICE OF STANDING ORDER MC121–27 in re The National Emergency Declared on March 13, 2020: Sixth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), and June 17, 2021 (MC121–23) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (Click Here to View) Signed by Chief Judge J. Randal Hall on 09/14/2021. (jlh) (Entered: 12/21/2021) |
| 12/21/2021 | | | NOTICE OF STANDING ORDER MC121–35 in re The National Emergency Declared on March 13, 2020: Seventh Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), June 17, 2021 (MC121–23), and September 14, 2021 (MC121–27) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (Click Here to View) Signed by Chief Judge J. Randal Hall on 12/09/2021. (jlh) (Entered: 12/21/2021) |
| 12/28/2021 | | | NOTICE OF HEARING as to Nihad Al Jaberi. The Pretrial Conference is set for 1/12/2022 03:00 PM in the Savannah Annex – Main Courtroom before District Judge R. Stan Baker. (pmh)<br><br>Interpreter Said Nedlouf is appointed at a rate of $111/202 for one half day and approved to travel via POV pursuant to the contract.<br><br>For public access to this hearing, please dial 888–684–8852, and enter the call access code: 9717475.<br><br>NOTICE OF ORDER REGARDING IN–PERSON HEARINGS before the Honorable R. Stan Baker in light of the Coronavirus (COVID–19) Pandemic. (4:20–mc–5) Please read important information elucidating the requirements for Judge R. Stan Baker's in–person hearings. Individuals that do not abide by the requirements will not be admitted to the hearing. CLICK HERE TO READ. (Entered: 12/28/2021) |
| 01/04/2022 | 46 | | Proposed Voir Dire by Nihad Al Jaberi (Clark, Christopher) (Entered: 01/04/2022) |
| 01/04/2022 | 47 | | Request to Charge by USA as to Nihad Al Jaberi (Solari, Jennifer) (Entered: 01/04/2022) |
| 01/04/2022 | 48 | | Proposed Verdict Form by USA as to Nihad Al Jaberi (Solari, Jennifer) (Entered: 01/04/2022) |
| 01/04/2022 | 49 | | Proposed Voir Dire by USA as to Nihad Al Jaberi (Solari, Jennifer) (Entered: 01/04/2022) |
| 01/13/2022 | 50 | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before District Judge R. Stan Baker: Pretrial Conference as to Nihad Al Jaberi held on 1/12/2022. Jury Selection and Trial continued to a later date to be determined. (Court Reporter Gutierrez.) (SAV ANX.) (pmh) (Entered: 01/13/2022) |
| 01/13/2022 | | | Terminate Deadlines and Hearings as to Nihad Al Jaberi: jury selection and trial CONTINUED until further notice. (pmh) (Entered: 01/13/2022) |
| 01/25/2022 | | | NOTICE OF TRIAL as to Nihad Al Jaberi. Jury Selection and Trial is set for 2/15/2022 08:30 AM and will be held in Dublin – 2nd Floor Courtroom before District Judge R. Stan Baker. (pmh) <br><br> For public access to this hearing, please dial 888–684–8852, and enter the call access code: 9717475. <br><br> NOTICE OF ORDER REGARDING IN–PERSON HEARINGS before the Honorable R. Stan Baker in light of the Coronavirus (COVID–19) Pandemic. (4:20–mc–5) Please read important information elucidating the requirements for Judge R. Stan Baker's in–person hearings. Individuals that do not abide by the requirements will not be admitted to the hearing. CLICK HERE TO READ. (Entered: 01/25/2022) |
| 01/27/2022 | | | NOTICE OF HEARING as to Nihad Al Jaberi. The Pretrial Conference is set for 2/8/2022 10:30 AM in Dublin – 2nd Floor Courtroom before District Judge R. Stan Baker. (pmh) <br><br> Interpreter Said Nedlouf is appointed at a rate of $418/226 for one half day and approved to travel via POV pursuant to the contract. <br><br> For public access to this hearing, please dial 888–684–8852, and enter the call access code: 9717475. <br><br> NOTICE OF ORDER REGARDING IN–PERSON HEARINGS before the Honorable R. Stan Baker in light of the Coronavirus (COVID–19) Pandemic. (4:20–mc–5) Please read important information elucidating the requirements for Judge R. Stan Baker's in–person hearings. Individuals that do not abide by the requirements will not be admitted to the hearing. CLICK HERE TO READ. (Entered: 01/27/2022) |
| 02/10/2022 | 51 | | Jury Questionnaires as to Nihad Al Jaberi (en) (Entered: 02/10/2022) |
| 02/10/2022 | 52 | | Minute Entry for proceedings held before District Judge R. Stan Baker: Pretrial Conference as to Nihad Al Jaberi held on 2/8/2022. (Court Reporter Jacqueline Gutierrez.) (DUB.) (pmh) (Entered: 02/10/2022) |
| 02/11/2022 | 53 | | Text Order designating Interpreter as to Nihad Al Jaberi. Therefore, it is hereby ORDERED that Hiyam Hadeed, or any otherwise competent interpreter is designated to serve as interpreter in this case. Signed by District Judge R. Stan Baker on February 11, 2022. (pmh) (Entered: 02/11/2022) |
| 02/11/2022 | 54 | | ORDER directing the Clerk of Court to provide the jury list for the trial of this case. Access to the jury list and this Order shall be restricted to counsel of record in this case and the Court. Signed by District Judge R. Stan Baker on February 11, 2022. (pmh) (Entered: 02/11/2022) |

| 02/11/2022 | 55 | Jury List as to Nihad Al Jaberi. (pmh) (Entered: 02/11/2022) |
|---|---|---|
| 02/14/2022 | 56 | Supplement to Jury Questionnaires as to Nihad Al Jaberi. (pmh) (Entered: 02/14/2022) |
| 02/15/2022 | 57 | FIRST DRAFT Jury Charge as to Nihad Al Jaberi. (Document Restricted.) (pmh) (Entered: 02/15/2022) |
| 02/16/2022 | 58 | SECOND DRAFT Jury Charge as to Nihad Al Jaberi. (Attachments: # 1 DRAFT verdict form.) (Documents Restricted.) (pmh) (Entered: 02/16/2022) |
| 02/16/2022 | 59 | Request to Charge by USA as to Nihad Al Jaberi (Attachments: # 1 Exhibit)(Hubbard, Darron) (Entered: 02/16/2022) |
| 02/17/2022 | 60 | ORDER to feed the jury as to Nihad Al Jaberi. Signed by District Judge R. Stan Baker on 2/17/2022. (maa) (Entered: 02/17/2022) |
| 02/25/2022 | 61 | Minute Entry for proceedings held before District Judge R. Stan Baker: Jury Selection and Trial (Day One) as to Nihad Al Jaberi held on 2/15/2022. (Court Reporter J. Gutierrez.) (DUB.) (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 62 | Minute Entry for proceedings held before District Judge R. Stan Baker: Jury Trial (Day Two) as to Nihad Al Jaberi held on 2/16/2022. (Court Reporter J. Gutierrez.) (DUB.) (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 63 | Minute Entry for proceedings held before District Judge R. Stan Baker: Jury Trial (Day Three) as to Nihad Al Jaberi held on 2/17/2022. (Court Reporter Gutierrez.) (DUB.) (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 64 | Exhibit and Witness List for Jury Trial held on 2/15/2022 as to Nihad Al Jaberi. (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 65 | ORDER for the return of evidence to Counsel for the Government re: 64 Exhibit and Witness List for Jury Selection and Trial on 2/15/2022 as to Nihad Al Jaberi. Signed by District Judge R. Stan Baker on February 25, 2022. (Attachments: # 1 Exhibit Receipt) (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 66 | Jury List as to Nihad Al Jaberi. (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 67 | Jury Impaneled as to Nihad Al Jaberi. (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 68 | Jury Charge as to Nihad Al Jaberi. (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 69 | Jury Note on 2/17/2022 as to Nihad Al Jaberi. (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | 70 | JURY VERDICT on 2/17/2022 as to Nihad Al Jaberi. Guilty on Counts 1–3. (pmh) (Additional attachment(s) added on 2/25/2022: # 1 Jury Verdict (Foreperson Signature)) (pmh). (Entered: 02/25/2022) |
| 02/25/2022 | | ORAL ORDER OF CONTINUED DETENTION as to Nihad Al Jaberi. Pursuant to 18 U.S.C. § 3143(a), the Court hereby ORDERS that Defendant shall remain detained while awaiting imposition of sentence. Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the Court or on request of an attorney for the |

| | | | |
|---|---|---|---|
| | | | Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance. Entered by District Judge R. Stan Baker on February 17, 2022. (pmh) (Entered: 02/25/2022) |
| 02/25/2022 | | | TEXT ORDER directing the preparation of the Presentence Investigation Report as to Nihad Al Jaberi. The Court hereby ORDERS that the United States Probation Office shall file the Initial Presentence Investigation Report Disclosure on or before April 27, 2022. Counsel will only receive Presentence Investigation Reports electronically via CM/ECF and will not receive a paper copy of any report. The Court ORDERS counsel and the parties to maintain the confidentiality of the Presentence Investigation Report and any objections and addendums thereto. The Presentence Investigation Report and any objections and addendums thereto should only be disclosed to and reviewed by Defendant, counsel for Defendant (to include any investigator, expert or other assistant hired by counsel), the United States Attorney's Office, the United States Probation Office, and the Court. If Defendant is detained, defense counsel may print a copy of the Presentence Investigation Report and any addendums thereto to review with Defendant. However, counsel shall not leave a copy of the Presentence Investigation Report and any addendums thereto with a detained defendant. Should counsel desire to leave the Presentence Investigation Report or a portion thereof with a detained defendant, counsel must file a motion with the Court. The Court ORDERS counsel for each party to state in writing within 14 days after receiving the Initial Presentence Investigation Report, and file on the record in a restricted manner any objections to the Report, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the Report. If any party has no such objections, the party shall file a written statement of no objections on the record in a restricted manner within 14 days of receiving the Initial Report. **To be clear, within 14 days of receiving the Initial Report, counsel must state in writing and file on the record in a restricted manner whether the party has objections or does not have objections to the Report.** Counsel shall file any sentencing memorandums, victim impact statements, letters, and similar sentencing materials on or before May 26, 2022. It is further ORDERED that all sentencing materials including memorandums, motions, and other documents may be filed on the record in a restricted manner in which only counsel for the Defendant, the United States, and the Court have access to the materials. This Court will hold a Sentencing Hearing in this case on June 1, 2022. Signed by District Judge R. Stan Baker on February 25, 2022. (pmh)<br><br>NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. <u>CLICK HERE TO READ</u>.<br><br>This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker – Instructions and Forms." (Entered: 02/25/2022) |
| 02/25/2022 | | | NOTICE OF HEARING as to Nihad Al Jaberi. Sentencing is set for 6/1/2022 02:00 PM in the Savannah Annex – Main Courtroom before District Judge R. Stan Baker. (pmh) |

| | | | |
|---|---|---|---|
| | | | For public access to this hearing, please dial 888–684–8852, and enter the call access code: 9717475.<br><br>NOTICE OF ORDER REGARDING IN–PERSON HEARINGS before the Honorable R. Stan Baker in light of the Coronavirus (COVID–19) Pandemic. (4:20–mc–5) Please read important information elucidating the requirements for Judge R. Stan Baker's in–person hearings. Individuals that do not abide by the requirements will not be admitted to the hearing. <u>CLICK HERE TO READ</u>.<br><br>NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. <u>CLICK HERE TO READ</u>. This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker – Instructions and Forms."<br><br>Interpreter Hiyam Hadeed or Houda El Idrissi is appointed at a rate of $418/226 for one half day and approved to travel via POV pursuant to the contract. (Entered: 02/25/2022) |
| 03/09/2022 | <u>73</u> | | ***Entered in Error*** Modified on 3/10/2022 (JH). (Entered: 03/09/2022) |
| 03/09/2022 | <u>74</u> | | NOTICE OF ATTORNEY APPEARANCE: Murdoch Walker, II appearing for Nihad Al Jaberi (Walker, Murdoch) (Entered: 03/09/2022) |
| 03/09/2022 | <u>75</u> | | NOTICE OF ATTORNEY APPEARANCE: appearing for Nihad Al Jaberi (Spearman, Katryna) (Entered: 03/09/2022) |
| 03/15/2022 | 76 | | NOTICE OF STANDING ORDER MC122–8 in re The National Emergency Declared on March 13, 2020: Eighth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), June 17, 2021 (MC121–23), September 14, 2021 (MC121–27), and December 9, 2021 (MC121–35) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (<u>Click Here to View</u>) (loh) (Entered: 03/15/2022) |
| 04/18/2022 | <u>79</u> | | ORDER as to Nihad Al Jaberi directing the Clerk to return correspondence received from Defendant. No further action will be taken by the Court. Signed by Magistrate Judge Christopher L. Ray on 4/18/2022. (pts) (Entered: 04/18/2022) |
| 04/28/2022 | <u>80</u> | | Initial Presentence Investigation Report as to Nihad Al Jaberi (USPO) (Entered: 04/28/2022) |
| 05/12/2022 | <u>81</u> | | Consent MOTION to Continue *Sentencing Hearing and Related Filing Deadlines* by Christopher Troy Clark as to Nihad Al Jaberi. Responses due by 5/26/2022. (Clark, Christopher) (Entered: 05/12/2022) |
| 05/20/2022 | <u>82</u> | | ORDER granting re <u>81</u> Motion to Continue Sentencing Hearing and Related Deadlines as to Nihad Al Jaberi. THEREFORE, IT IS HEREBY ORDERED that Defendants Sentencing is continued to July 14, 2022. It is further ORDERED that the following deadlines in the Courts February 25, 2022 Text Order are amended as follows. The parties shall have up to and including May 26, 2022, to respond to the Initial Presentence Investigation Report, and the deadline for the parties to file any sentencing memorandums, victim impact |

| | | | |
|---|---|---|---|
| | | | statements, letters, and similar sentencing materials is extended to July 8, 2022. Signed by District Judge R. Stan Baker on 5/20/22. (loh) (Entered: 05/20/2022) |
| 05/20/2022 | | | Set/Reset Deadline as to Nihad Al Jaberi: Response to the Initial Presentence Investigation Report due by 5/26/2022. Compliance re 82 Order due by 7/8/2022. (loh) (Entered: 05/20/2022) |
| 05/25/2022 | 83 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Nihad Al Jaberi held on March 15, 2021, before Judge Christopher L. Ray. Court Reporter/Transcriber Kelly A. McKee, Telephone number 19126504065. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. (Transcript Redaction Policy Issued or Click here to view Transcript Redaction Policy) Redaction Request due 6/15/2022. Redacted Transcript Deadline set for 6/25/2022. Release of Transcript Restriction set for 8/23/2022. (McKee, Kelly) (Entered: 05/25/2022) |
| 05/26/2022 | 84 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Defendant as to Nihad Al Jaberi (Clark, Christopher) (Entered: 05/26/2022) |
| 05/26/2022 | 85 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Defendant as to Nihad Al Jaberi (Clark, Christopher) (Entered: 05/26/2022) |
| 05/31/2022 | | | Reset Hearing as to Nihad Al Jaberi (*Please Note Location*): The Sentencing that is currently set for 6/1/2022 02:00 PM is RESET for 7/14/2022 02:00 PM in Courtroom One, 8 Southern Oaks, Savannah, GA, before District Judge R. Stan Baker. Any sentencing memorandums, victim impact statements, letters, and similar sentencing materials are due on or before 7/8/2022. (pmh)<br><br>Interpreter Hiyam Hadeed is appointed pursuant to the contract.<br><br>NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. CLICK HERE TO READ. This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker – Instructions and Forms." (Entered: 05/31/2022) |
| 06/15/2022 | | | NOTICE OF STANDING ORDER MC122–14 in re The National Emergency Declared on March 13, 2020: Ninth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), June 17, 2021 (MC121–23), September 14, 2021 (MC121–27), December 9, 2021 (MC121–35), and March 9, 2022 (MC122–8) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (Click Here to View) (jrb) (Entered: 06/15/2022) |
| 06/21/2022 | 86 | | MOTION for Leave of Absence as to USA for dates of : June 28–30, July 6–7, July 20–22, July 29 by on behalf of USA. Responses due by 7/5/2022. (Attachments: # 1 Text of Proposed Order)(Solari, Jennifer) (Entered: 06/21/2022) |
| 06/23/2022 | 87 | | ORDER granting 86 Motion for Leave of Absence by Jennifer Solari for the dates of: June 28–30, July 6–7, July 20–22, and July 29, 2022 as to Nihad Al Jaberi (1). Signed by Magistrate Judge Christopher L. Ray on 6/22/2022. (JH) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/23/2022) |
| 06/27/2022 | 88 | | ORDER as to Nihad Al Jaberi directing the Clerk to return correspondence received from Defendant. Signed by Magistrate Judge Christopher L. Ray on 6/27/2022. (pts) (Entered: 06/27/2022) |
| 06/29/2022 | 89 | | NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA (Jennifer G. Solari) as to Nihad Al Jaberi (Solari, Jennifer) (Entered: 06/29/2022) |
| 07/01/2022 | 90 | | Final Presentence Investigation Report as to Nihad Al Jaberi (USPO) (Entered: 07/01/2022) |
| 07/07/2022 | 91 | | MOTION to Withdraw as Attorney *After Conclusion of July 14, 2022 Sentencing Hearing* by Christopher Troy Clark. by Christopher Troy Clark as to Nihad Al Jaberi. Responses due by 7/21/2022. (Attachments: # 1 Exhibit 1)(Clark, Christopher) (Entered: 07/07/2022) |
| 07/07/2022 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: 91 MOTION to Withdraw as Attorney *After Conclusion of July 14, 2022 Sentencing Hearing* by Christopher Troy Clark. (thb) (Entered: 07/07/2022) |
| 07/08/2022 | 92 | | SENTENCING MEMORANDUM by Nihad Al Jaberi (Attachments: # 1 Exhibit 1)(Clark, Christopher) (Entered: 07/08/2022) |
| 07/11/2022 | | | Terminate Deadlines as to Nihad Al Jaberi: Compliance Deadline set on 05/20/2022 for 07/08/2022. (thb) (Entered: 07/11/2022) |
| 07/12/2022 | 93 | | NOTICE *of Termination of Representation as to C. Troy Clark and Crowder Stewart LLP* by Nihad Al Jaberi re 33 Order on Motion to Substitute Attorney, 32 MOTION to Substitute Attorney *in Role of Lead Counsel* (Clark, Christopher) (Entered: 07/12/2022) |
| 07/13/2022 | 94 | | MOTION to Continue *Sentencing Hearing* by Murdoch Walker, II as to Nihad Al Jaberi. Responses due by 7/27/2022. (Walker, Murdoch) (Entered: 07/13/2022) |
| 07/13/2022 | 95 | | TEXT ORDER granting Defendant's 91 Motion to Withdraw as Attorney and granting in part Defendant's 94 Motion to Continue as to Nihad Al Jaberi. Christopher Troy Clark is withdrawn from the case as attorney of record for Defendant Nihad Al Jaberi. This Court will hold a Sentencing Hearing in this case on August 11, 2022, and finds that a telephone status conference is not necessary. Counsel shall file any sentencing memorandums, victim impact statements, letters, and similar sentencing materials on or before August 5, 2022. Signed by District Judge R. Stan Baker on July 13, 2022. (pmh) <br><br>NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. CLICK HERE TO READ. This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker – Instructions and Forms." (Entered: 07/13/2022) |
| 07/13/2022 | | | Reset Hearing as to Nihad Al Jaberi: The Sentencing that is currently set for 7/14/22 02:00 PM is RESET for 8/11/2022 02:00 PM in Courtroom One, 8 Southern Oaks Court, Savannah, GA, before District Judge R. Stan Baker. Any sentencing memorandums, victim impact statements, letters, and similar sentencing materials are due on or before 8/5/2022. (pmh) |

| | | | |
|---|---|---|---|
| | | | Interpreter Hiyam Hadeed is appointed pursuant to the contract.<br><br>NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. CLICK HERE TO READ. This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker – Instructions and Forms." (Entered: 07/13/2022) |
| 08/09/2022 | 96 | | MOTION for Leave of Absence as to USA for dates of : August 26, 2022 through September 2, 2022 by on behalf of USA. Responses due by 8/23/2022. (Attachments: # 1 Text of Proposed Order)(Solari, Jennifer) (Entered: 08/09/2022) |
| 08/09/2022 | | | Reset Hearing as to Nihad Al Jaberi (*Time Change Only*): The Sentencing that is currently set for 8/11/2022 02:00 PM is RESET for 8/11/2022 11:00 AM in Courtroom One, 8 Southern Oaks Court, Savannah, GA, before District Judge R. Stan Baker. (pmh)<br><br>Interpreter Hiyam Hadeed is appointed pursuant to the terms of the current contract.<br><br>NOTICE TO COUNSEL: Important Information regarding the Presentence Investigation Report and filing requirements. CLICK HERE TO READ. This information can also be accessed on the Court's website under the "Forms" tab and is labeled "Judge Baker – Instructions and Forms." (Entered: 08/09/2022) |
| 08/09/2022 | | | MOTIONS as to Nihad Al Jaberi REFERRED to Magistrate Judge: 96 MOTION for Leave of Absence as to USA for dates of : August 26, 2022 through September 2, 2022. (thb) (Entered: 08/09/2022) |
| 08/09/2022 | 97 | | ORDER granting re 96 Motion for Leave of Absence for the dates of August 26, 2022 through September 2, 2022 as to Nihad Al Jaberi (1). Signed by Magistrate Judge Christopher L. Ray on 8/9/22. (loh) (Entered: 08/09/2022) |
| 08/11/2022 | 98 | | Minute Entry for proceedings held before District Judge R. Stan Baker: Sentencing held on 8/11/2022 for Nihad Al Jaberi. (Court Reporter Kelly McKee.) (Southern Oaks CR1.) (pmh) (Entered: 08/11/2022) |
| 08/22/2022 | 99 | | JUDGMENT as to Nihad Al Jaberi (1), Count(s) 1, 2, 3, 94m imp; 3y sr; $300 sa. Signed by District Judge R. Stan Baker on 8/22/2022. (pts) (Entered: 08/22/2022) |
| 08/22/2022 | 100 | | Statement of Reasons as to Nihad Al Jaberi. (pts) (Entered: 08/22/2022) |
| 08/25/2022 | 101 | | NOTICE OF APPEAL by Nihad Al Jaberi re 99 Judgment Filing fee $ 505, receipt number AGASDC–3414289. (Spearman, Katryna) (Entered: 08/25/2022) |

GAS 245B      (Rev. 07/22) Judgment in a Criminal Case
DC Custody TSR

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA )    **JUDGMENT IN A CRIMINAL CASE**
)
**v.** )
)
Nihad Al Jaberi )    Case Number:    4:21CR00031-1
)
)    USM Number:    30621-509
)
)
)    Christopher Troy Clark, Katryna Lyn Spearman, and
)    Murdoch Walker, II
Defendant's Attorneys

**THE DEFENDANT:**

☐ pleaded guilty to _____.

☐ pleaded nolo contendere to Count(s) _____ which was accepted by the court.

☒ was found guilty on Count(s) 1, 2, and 3 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 554 | Smuggling | August 4, 2020 | 1 |
| 18 U.S.C. § 922(e) and 18 U.S.C. § 924(a)(1) | Failure to notify a common carrier | July 24, 2020 | 2 |
| 13 U.S.C. § 305 | Submitting false or misleading export information | July 28, 2020 | 3 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s) _____

☐ Count(s) _____ of the Indictment shall be dismissed as to this defendant on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

August 11, 2022
Date of Imposition of Judgment

Signature of Judge

R. Stan Baker
United States District Judge
Southern District of Georgia
Name and Title of Judge

August 22, 2022
Date

DEFENDANT:           Nihad Al Jaberi
CASE NUMBER:      4:21CR00031-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>94 months as follows. This term is comprised of terms of 94 months as to Count 1, and 60 months as to each of Counts 2 and 3, all to be served concurrently. Upon release from confinement, the defendant shall be delivered to a duly authorized Immigration and Customs Enforcement officer for deportation proceedings.</u>

☒　The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be given credit toward this federal sentence for all time served in custody since February 18, 2021.  It is further recommended that the defendant be designated to a Bureau of Prisons facility in Atlanta, Georgia, in order to remain near his family.

☒　The defendant is remanded to the custody of the United States Marshal.

☐　The defendant shall surrender to the United States Marshal for this district:

　　☐　at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐　as notified by the United States Marshal.

☐　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐　before 2 p.m. on _____ .

　　☐　as notified by the United States Marshal.

　　☐　as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

GAS 245B
DC Custody TSR
(Rev. 07/22) Judgment in a Criminal Case

Judgment — Page **3** of **7**

| | |
|---|---|
| DEFENDANT: | Nihad Al Jaberi |
| CASE NUMBER: | 4:21CR00031-1 |

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: <u>3 years as to each of Counts 1, 2, and 3, to be served concurrently.</u>

# MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(Check, if applicable.)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(Check, if applicable.)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(Check, if applicable.)*
7. ☐ You must participate in an approved program for domestic violence. *(Check, if applicable.)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: Nihad Al Jaberi
CASE NUMBER: 4:21CR00031-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as a nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting permission from the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified that person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provide me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

GAS 245B
DC Custody TSR
(Rev. 07/22) Judgment in a Criminal Case

| | |
|---|---|
| DEFENDANT: | Nihad Al Jaberi |
| CASE NUMBER: | 4:21CR00031-1 |

# SPECIAL CONDITIONS OF SUPERVISION

1.  You must submit your person, property, house, residence, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

2.  If you are ordered deported from the United States, you must remain outside the United States, unless legally authorized to re-enter. If you re-enter the United States, you must report to the nearest probation office within 72 hours of re-entry. If not deported, you must report to the nearest probation office within 72 hours of release from custody.

GAS 245B
DC Custody TSR

(Rev. 07/22) Judgment in a Criminal Case

Judgment — Page **6** of 7

---

DEFENDANT: Nihad Al Jaberi
CASE NUMBER: 4:21CR00031-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment ** |
|---|---|---|---|---|---|
| **TOTALS** | $300 | N/A | None | N/A | N/A |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

**TOTALS**

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

GAS 245B
DC Custody TSR
(Rev. 07/22) Judgment in a Criminal Case

DEFENDANT:  Nihad Al Jaberi
CASE NUMBER:  4:21CR00031-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $300 is due immediately.

     ☐ not later than _____ , or
     ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:21-CR-00031-RSB-CLR |
| | ) | |
| NIHAD AL JABERI | ) | Judge R. Stan Baker |

## NOTICE OF APPEAL

Mr. NIHAD AL JABERI, pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i), respectfully notifies this Court of his appeal from the convictions and sentence in the Judgement in a Criminal Case (ECF No. 99) to the United States Court of Appeals for the Eleventh Circuit.

Date:        August 25, 2022.

Respectfully submitted,

***s/ Katryna Lyn Spearman, Esq.***
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

1

**_s/ Murdoch Walker II, Esq._**
Murdoch Walker II, Esq.
Ga. Bar # 163418
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorneys for Nihad Al Jaberi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:21-CR-00031-RSB-CLR |
| | ) | |
| NIHAD AL JABERI | ) | Judge R. Stan Baker |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I electronically filed the foregoing

NOTICE OF APPEAL with the Clerk of the United States District Court for the

Western District of Texas by way of the CM/ECF system, which automatically

will serve this document on the attorneys of record for the parties in this case by

electronic mail.

Date:        August 25, 2022.

Respectfully submitted,

_s/ Katryna Lyn Spearman, Esq._
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

3